## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Norma Lee,**
      **Plaintiff**

**-vs-**                           **Case No.  1:06-cv-585**

**Javitch, Block & Rathbone, LLP,**
      **Defendant**

# JUDGMENT

**X**      **Jury Verdicts.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

      **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the jury finds that:

      1) At the time Victor Javitch signed the garnishment affidavit, he had a reasonable basis to believe that plaintiff's bank account may have contained funds other than personal earnings that were legally exempted from garnishment;

      2) Defendant used a false, deceptive or misleading representation or means in connection of a debt;

      3) Defendant used a false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning plaintiff;

      4) Defendant used an unfair or unconscionable means to attempt to collect a debt;

      5) Defendant's violation was intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error;

      6) $43,000 in actual damages is awarded for defendant's violation of the FDCPA;

      7) $1,000 in statutory damages is awarded for defendant's violation of the FDCPA;

      8) Defendant committed an "unfair" action in violation of Ohio Revised Code Section 1345.02;

9) Defendant committed a "deceptive" act in violation of Ohio Revised Code Section 1345.02;

       10) Defendant committed an "unconscionable" act in violation of Ohio Revised Code Section 1345.03;

       11) Defendant's violation of the Ohio Consumer Sales Practices Act was intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error;

       12) Defendant acted knowingly when it violated the OCSPA;

       13) $603 in actual economic damages is awarded for defendant's violation of the Ohio Consumer Sales Practices Act;

       14) $5,000 in non-economic damages is awarded for defendant's violation of the Ohio Consumer Sales Practices Act.

Date:  January 28, 2008                    James Bonini, Clerk

                                        By:  s/Mary C. Brown
                                         Mary C. Brown, Deputy Clerk